Melissa Newel (#148563)
NEWEL LAW
352 24th Street
Oakland, CA 94612
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
LEONOR CELALLOS
on behalf of minor E.G.C.

PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO
Special Assistant U.S. Attorney
160 Spear Street, Suite 800
San Francisco, CA 94105
(415) 977-8944
marcelo.illarmo@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONOR CELALLOS on behalf of minor E.G.C., <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No. 1:16-CV-00120 (EPG) <br><br> **JOINT STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Plaintiff shall have an extension of time of five (5) days to file

JOINT STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE

her Opening Brief. The Opening Brief is currently due on November 3, 2016. Plaintiff's counsel seeks this extension due to pre-paid and previously scheduled travel falling both before and after the existing file date. In order to minimize the impact to both Plaintiff and the Court's docket, counsel seeks a short extension up to and including November 8, 2016 within which to file the Opening Brief. Plaintiff's counsel apologizes for any inconvenience this extension causes the Court.

                                      Respectfully submitted,

Dated: November 1, 2016                NEWEL LAW

By:   *Melissa Newel*
Melissa Newel
Attorney for Plaintiff
LEONOR CELALLOS
on behalf of minor E.G.C

Dated: November 1, 2016                PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:   Marcelo Illarmo*
MARCELO ILLARMO
(*Authorized by email dated 11/01/2016*)
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

Based upon the above stipulation of the parties, and good cause shown, IT IS HEREBY ORDERED that Plaintiff shall have an extension of time to file her Opening Brief. Plaintiff's Opening Brief shall be filed no later than November 8, 2016. Defendant's Opposition Brief shall be filed no later than December 8, 2016. Plaintiff may file any reply no later than December 23, 2016.

IT IS SO ORDERED.

Dated:   **November 2, 2016**              /s/ Erica P. Grosjean
                                             UNITED STATES MAGISTRATE JUDGE