PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8944
     Facsimile: (415) 744-0134
     E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANO CELALLOS, obo E.C.G. | Case No.: 1:16-cv-00120-EPG |
| Plaintiff, | STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

     IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from December 8, 2016 to January 9, 2017.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.  Defendant respectfully requests this additional time because Defendant's counsel has a higher than normal workload, including three other district court briefs due the week of December 5, 2016.

     The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                          Respectfully submitted,

Dated: December 1, 2016        /s/ Melissa Newel
                                        (*as authorized via e-mail on 12/1/16)
                                        MELISSA NEWEL
                                        Attorney for Plaintiff

Dated:  December 1, 2016       PHILLIP A. TALBERT
                                        United States Attorney
                                        DEBORAH LEE STACHEL
                                        Acting Regional Chief Counsel, Region IX
                                        Social Security Administration

                           By:     /s/ Marcelo Illarmo
                                        MARCELO ILLARMO
                                        Special Assistant United States Attorney

                                        Attorneys for Defendant

### ORDER

     Based on the above stipulation and good cause appearing therein, the Court grants Defendant an extension of time to file her opposition to Plaintiff's opening brief. Defendant's opposition brief shall be filed no later than January 9, 2017. Plaintiff may file her reply brief no later than January 24, 2017.

IT IS SO ORDERED.

    Dated:  **December 2, 2016**              /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE