# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONOR CELALLOS,<br><br>  Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | **Case No. 1:16-cv-00120-EPG**<br><br>**FINAL JUDGMENT AND ORDER REGARDING PLAINTIFF'S SOCIAL SECURITY COMPLAINT** |

This matter is before the Court on Plaintiff's complaint for judicial review of an unfavorable decision of the Commissioner of the Social Security Administration regarding his applications for supplemental security income and disability insurance benefits. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c) with any appeal to the Court of Appeals for the Ninth Circuit. (ECF Nos. 7, 9.)

At the hearing on August 15, 2017, the Court heard from the parties and, having reviewed the record, administrative transcript, the briefs of the parties, and the applicable law, finds as follows:

For the reasons announced by the Court on the record at the conclusion of the parties' oral argument on August 15, 2017, the Court finds that the decision of the Commissioner of Social Security should be reversed and the case should be remanded for award of benefits. *See Garrison*

1

*v. Colvin*, 759 F. 3d 995, 1021-22 (9th Cir. 2014) (providing that remand for award of benefits is appropriate where there is no need to further develop the record, the ALJ failed to provide legally sufficient reasons for rejecting evidence, the ALJ would have to find disability if the improperly discredited evidence were credited as true, and record afforded no reason to doubt that claimant was disabled).

Accordingly, the Court GRANTS Plaintiff's appeal from the administrative decision of the Commissioner of Social Security and the case is remanded to the Social Security Administration for calculation and award of benefits. The Clerk of the Court is DIRECTED to enter judgment in favor of Plaintiff and against Defendant Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **August 15, 2017**          /s/ Eric P. Grojean
                                    UNITED STATES MAGISTRATE JUDGE