1   Melissa Newel (#148563)
    NEWEL LAW
2   352 24th Street
    Oakland, CA  94612
3   (510) 316-3827
    mnewel@newellawfirm.com
4
5   Attorney for Plaintiff
    LEONOR CELALLOS o.b.o. E.G.C.
6
7   PHILLIP A. TALBERT
    United States Attorney
8   DEBORAH LEE STACHEL
    Regional Chief Counsel, Region IX
9   MARCELO N. ILLARMO
    Special Assistant U.S. Attorney
10  Social Security Administration
    160 Spear Street, Suite 800
11  San Francisco, CA  94105
    (415) 977-8944
12  marcelo.illarmo@ssa.gov
13
14  Attorneys for Defendant
15

16                      UNITED STATES DISTRICT COURT

17                      EASTERN DISTRICT OF CALIFORNIA

18

19  LEONOR CELALLOS o.b.o. E.G.C.,          No.  1:16-CV-00120 (EPG)

20              Plaintiff,

21       v.                                 **STIPULATION AND ORDER FOR
                                            AWARD AND PAYMENT OF
22  NANCY A. BERRYHILL,                     ATTORNEYS FEES PURSUANT TO EAJA
    ACTING COMMISSIONER OF                  28 U.S.C. §2412**
23  SOCIAL SECURITY,

24              Defendant.

25

26

27

28

1	IT IS HEREBY STIPULATED by and between the parties, through their undersigned

2	attorneys, subject to the approval of the Court, that Leonor Celallos (Plaintiff) be awarded

3	attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412(d), in the amount of

4	three thousand seven hundred and seventy-three dollars and forty-three cents ($3,773.43). This

5	represents compensation for legal services rendered on behalf of Plaintiff by counsel in

6	connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

7	After the Court issues an Order for EAJA fees to Plaintiff, the government will consider

8	the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to *Astrue v.*

9	*Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the

10	attorney fees are subject to any offset allowed under the United States Department of the

11	Treasury's Offset Program. After the Order for EAJA fees is entered, the government will

12	determine whether they are subject to any offset.

13	Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines

14	that Plaintiff does not owe a federal debt subject to offset, then the government shall cause the

15	payment of fees approved to be made payable to Melissa Newel or Newel Law (collectively

16	"Plaintiff's counsel"), pursuant to the assignment executed by Plaintiff. Any and all payments

17	made shall be delivered to Plaintiff's counsel.

18	This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA

19	attorney fees and does not constitute an admission of liability on the part of Defendant under

20	EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any

21	and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees in

22	connection with this action.

23	///

24	///

25	///

26	///

27	///

28	///

| | |
|---|---|
| 1 | This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security |
| 2 | Act attorney fees under 42 U.S.C. §406(b), subject to the provisions of the EAJA. |
| 3 | |
| 4 | Respectfully submitted, |
| | Dated: October 24, 2017  NEWEL LAW |
| 5 | |
| 6 | By:  *Melissa Newel* |
| 7 | Melissa Newel |
| | Attorney for Plaintiff |
| 8 | LEONOR CELALLOS o.b.o. EGC |
| 9 | |
| 10 | Dated: November 13, 2017  PHILLIP A. TALBERT |
| | United States Attorney |
| 11 | DEBORAH LEE STACHEL |
| | Regional Chief Counsel, Region IX |
| 12 | Social Security Administration |
| 13 | |
| | By:  *Marcelo N. Illarmo** |
| 14 | MARCELO N. ILLARMO |
| | (*Authorized by email dated 11/13/2017*) |
| 15 | Special Assistant U.S. Attorney |
| | Attorneys for Defendant |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

## **ORDER**

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, IT IS ORDERED that fees in the amount of **three thousand and seven hundred seventy-three dollars and forty-three cents ($3,773.43)** be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **November 15, 2017**          /s/ *Erica P. Grosjean*
                                        UNITED STATES MAGISTRATE JUDGE